UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :

         - v. -                     :    MISDEMEANOR
                                         INFORMATION
KERATASHA GREENE,                   :
                                         13 Mag. CRIM 423
                    Defendant.      :

------------------------------------x

## COUNT ONE

The United States Attorney charges:

On or about January 1, 2013, in the Southern District of New York, KERATASHA GREENE, the defendant, within and upon a place reserved and acquired as provided in Title 18, United States Code, Section 7, to wit, the James J. Peters VA Medical Center in the Bronx New York (the "VA Medical Center"), committed an act which, although not made punishable by any enactment of Congress, would be punishable if committed within the jurisdiction of New York State, to wit, GREENE caused injuries to an employee of the VA Medical Center that would constitute Assault in the Third Degree, in violation of Section 120.00(1) of New York Penal Law, if committed within the jurisdiction of New York State.

(Title 18, United States Code, Section 13(a))

_____
PREET BHARARA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 04 2013